UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUAN JOSE VILLALOBOS LOPEZ,<br>    aka, "Juanito;"<br><br>    Defendant. | No. CR-11-00291 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA HEARING DATE ON NOVEMBER 30, 2011<br><br>Date:    October 17, 2011<br>Time:   10:00 a.m.<br>Court:  Hon. Saundra Brown Armstrong |

The parties jointly requested that a change of plea hearing for this defendant be set on November 30, 2011 at 10:00 a.m. Additionally, the parties agreed that any time exclusion pursuant to the Speedy Trial Act entered by this Court on October 14, 2011 will apply to Mr. Villalobos as well, as Mr. Villalobos is properly joined with the other defendants in this case pursuant to Federal Rule of Criminal Procedure 8, and there has been no motion to sever. 18 U.S.C. § 3161(h)(6).

**IT IS HEREBY ORDERED** that the above-captioned defendant is set for a change of plea hearing on November 30, 2011 at 10:00 a.m. Additionally, any time exclusion pursuant to

STIP. REQ. TO SET CHANGE OF PLEA ON NOVEMBER 30, 2011
No. CR-11-00291 SBA

1  the Speedy Trial Act entered by this Court on October 14, 2011 will apply to Mr. Villalobos as
2  well, as Mr. Villalobos is properly joined with the other defendants in this case pursuant to
3  Federal Rule of Criminal Procedure 8, and there has been no motion to sever.  18 U.S.C. §
4  3161(h)(6).

6  DATED:10/14/11                                  _____
                                                    HON. SAUNDRA BROWN ARMSTRONG
7                                                   United States District Court Judge