UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00291 SBA |
| Plaintiff, | ) ) | ORDER GRANTING AMENDED STIPULATED REQUEST TO CONTINUE |
| v. | ) ) | CHANGE OF PLEA TO JANUARY 12, 2012 AND TO EXCLUDE TIME UNDER |
| JUAN JOSE VILLALOBOS LOPEZ, aka, "Juanito;" | ) ) ) | THE SPEEDY TRIAL ACT |
| | ) ) | Date:    November 30, 2011 Time:    10:00 a.m. |
| Defendant. | ) ) | Court:   Hon. Saundra Brown Armstrong |
| | ) | |

The parties jointly requested that the November 30, 2011 change of plea hearing in this matter be continued to January 25, 2012 at 10:00 a.m. The parties further requested that time be excluded under the Speedy Trial Act between November 30, 2011 and January 12, 2012 to allow for continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), as defense counsel is not available for several dates in December due to court appearances in other matters outside the Northern District of California. The parties agreed the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161,

**IT IS HEREBY ORDERED** that the change of plea hearing is continued from November 30, 2011 to January 25, 2012 at 10:00 a.m., and that time between November 30,

AMEND. STIP. REQ. TO CONTINUE CHANGE OF PLEA TO JANUARY 25, 2012 & TO EXCLUDE TIME
No. CR-11-00291 SBA

1  2011 and January 12, 2012 is excluded under the Speedy Trial Act, and specifically pursuant to
2  18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).
3
4  DATED:_11/28/11                          _____
                                            HON. SAUNDRA BROWN ARMSTRONG
5                                           United States District Judge