1  JOHN PASSANANTE (SBN 135468)
   Attorney at Law
2  10801 National Boulevard
   West Los Angeles, California 90064
3  Telephone (310) 474-3270
   Facsimile (310) 474-4071
4  Email: jplawoffices@earthlink.net

5  Attorney for Defendant
   JUAN JOSE VILLALOBOS LOPZ

 

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

12  UNITED STATES OF AMERICA,      )   No. CR-11-00291 SBA
                                   )
13               Plaintiff,        )   [PROPOSED] ORDER GRANTING
                                   )   STIPULATED REQUEST TO
14          v.                     )   CONTINUE SENTENCING
                                   )   HEARING TO DECEMBER 18,
15  JUAN JOSE VILLALOBOS LOPEZ,    )   2012
                                   )
16               Defendant.        )
                                   )

18     The parties jointly request that the November 27, 2012 sentencing hearing in this matter be continued to December 18, 2012 at 10:00 a.m. to allow the parties additional time to prepare their respective sentencing memoranda. Additionally, defense counsel needs to travel to the Northern District to review the Pre-Sentence Report with the defendant.

23     **IT IS HEREBY ORDERED** that the sentencing hearing is continued from November 27, 2012 to December 18, 2012 at 10:00 a.m.

26  Dated: __11/15/12__                    _/s/ Sandra B. Armstrong_
                                           HON. SAUNDRA BROWN ARMSTRONG